STATE of Missouri,
Plaintiff/Respondent,

v.

Barry K. BAKER, Defendant/Appellant.

No. ED 85000.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 27, 2005.

Kent Denzel, Columbia, MO, for appellant.

Deborah Daniels, Karen Louise Kramer, co-counsel, Daniel Neal McPherson, co-counsel, Jefferson City, MO, for respondent.

Before NANNETTE A. BAKER, P.J.,
ROBERT G. DOWD, JR., J., and
SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

Barry K. Baker (Defendant) appeals from a judgment of conviction of murder in the first degree. Defendant challenges the sufficiency of the evidence to support his conviction in that the evidence did not

show deliberation. We have reviewed the briefs of the parties and the record on appeal and conclude that the evidence was sufficient evidence from which a reasonable juror could have found beyond a reasonable doubt that Defendant deliberated before shooting the victim. *State v. Shinn*, 921 S.W.2d 70, 72–73 (Mo.App. E.D.1996). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).